IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALESANDRA LEIMAN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NUTRISYSTEM, INC., | : | No. 18-3358 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **3rd** day of **July 2019**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response, and Defendant's reply, and for the reasons provided in the Court's Memorandum dated July 3, 2019, it is **ORDERED** that:

1. Defendant's motion (Doc. No. 9) is **GRANTED.**

2. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**